IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

EARLINE PUGH, o/b/o R.P., :
:
    Plaintiff, :
:
vs. :
: CIVIL ACTION 13-0465-M
CAROLYN W. COLVIN, :
Social Security Commissioner, :
:
    Defendant. :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Earline Pugh, on behalf of R.P., and against Defendant Carolyn W. Colvin

DONE this 30th day of April, 2014.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE