IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

EARLINE PUGH,  :
on behalf of R.P.,  :
 :
    Plaintiff,  :
 :
vs.  :   CIVIL ACTION 13-0465-M
 :
CAROLYN W. COLVIN,  :
Commission of Social Security,  :
 :
    Defendant.  :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Earline Pugh, on behalf of R.P., and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,736.68.

DONE this 24th day of June, 2014.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE